## WILLIAMS v STATE OF FLORIDA
### Case No. 86-013 AC
Eleventh Judicial Circuit, Appellate Division, Dade County
January 28, 1987

### APPEARANCES OF COUNSEL
**Howard Blumberg,** Assistant Public Defender, for appellant.
**Mark J. Berkowitz,** Assistant Attorney General, for appellee.
Before SIMONS, KAYE, DONNER, JJ.

### OPINION OF THE COURT

PER CURIAM.

· Appellant appeals the denial of the Defendant's Motion to Suppress. We reverse based upon the authority of *State v. Jones*, 483 So.2d 433 (Fla. 1986).

The State failed to meet its burden under the *Jones* case and presented no evidence for the court to consider in determining the constitutionality of the roadblock.

Reversed and remanded.